UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* DOLOS ANALYTICS, LLC,

Plaintiff,

v.                                                    CASE NO. 8:24-cv-2314-SDM-SPF

COAST DENTAL SERVICES, LLC, et al.,

Defendants.
_____/

**<u>AMENDED MEDIATION REPORT</u>**

In accord with the mediation order, the mediation occurred on July 24, 2026.

(a)    The following individuals, parties, corporate representatives, and claims professionals attended and participated in the mediation, each possessed the requisite settlement authority:

<u>X</u>    All individual parties and their respective trial counsel.

<u>X</u>    Designated corporate representatives.

<u>N/A</u>  Required claims professionals.

(b)    The following individuals, parties, corporate representatives, and claims professionals failed to appear or participate:  <u>N/A</u>

(c)    The result of the mediation:

_____ The action completely settled. Within ten days of the mediation, lead counsel must notify the court of the settlement by filing a notice or memorandum of agreement signed by the parties and the mediator.

Comments:


_____ The action partially resolved. Within ten days of the mediation, lead counsel must file a joint stipulation resolving the settled claims. The following issues remain:

Comments:


_____ The action neither settled nor failed to settle.

Comments:


X____ The action failed to settle.

Comments:


Reported on July 27, 2026, in Tampa, Florida.

/s/ Marcos E. Hasbun
Zuckerman Spader LLP
101 East Kennedy Blvd., Suite 1200
Tampa, FL 33602
Ph: (813) 221-1010
Email: mhasbun@zuckerman.com

Mediator

cc: Counsel of Record

2