UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. DOLOS ANALYTICS, LLC,

Plaintiff,

v. Case No. 8:24-cv-02314-SDM-SPF

COASTAL DENTAL SERVICES,
LLC et al.,

Defendants.
_______________________________/

**ORDER**

Before the Court is Plaintiff's Motion to Compel Responses to Relator's First Interrogatories and Requests for Production (Doc. 67) and Defendants' Response in Opposition (Doc. 71). The discovery responses at issue were filed under seal pursuant to the Stipulated Protective Order entered in this matter (Docs. 57, 69, 71). A hearing was held on August 20, 2026. At the hearing, an *ore tenus* Joint Motion for Extension of the Expert Disclosure Deadlines and Discovery Deadline (Doc. 72) was made. For the reasons stated at the hearing, the Court **ORDERS**:

1. Plaintiff's Motion to Compel (Doc. 67) is **GRANTED** to the extent that Defendants shall supplement their responses to Plaintiff's requests for production to specifically identify any documents that have been withheld from each request. Additionally, Defendants shall provide a privilege log identifying any documents withheld on the basis of an asserted privilege. Further, Defendants shall supplement their interrogatory responses to either directly provide the information requested within the response or specifically identify by Bates number the document or documents which contain the

responsive information. Finally, in their supplemental interrogatory responses, Defendants shall specifically identify each portion of each interrogatory request Defendants contend constitutes a subpart. All supplementation described herein shall occur by August 28, 2026. Plaintiff's motion is **DENIED** in all other respects.

2. The Parties' Joint Motion for Extension of the Expert Disclosure Deadlines and Discovery Deadline is **GRANTED** as follows. Plaintiff shall serve its expert disclosures by September 25, 2026. Defendants shall serve their expert disclosures by October 23, 2026. The Parties shall serve any expert rebuttal by November 6, 2026. The deadline for completing all discovery and filing any motion to compel discovery shall be November 20, 2026. All other case management deadlines remain unchanged.

**ORDERED** in Tampa, Florida, August 21, 2026.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE